06-018

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

VS

C. A. No. 06-427S

ESSEX EXCAVATING CORPORATION
AND CHERYL GRECO

**ENTRY OF APPEARANCE**

I, Thomas C. Plunkett, Kiernan, Plunkett & Redihan, hereby enter my appearance on behalf of the defendant, Cheryl Greco.

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
*e-mail: tplunkett@kprlaw.com*

CERTIFICATION

I hereby certify that I have electronically filed the above document, and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Maureen L. Canavan, Atty. (canavan.maureen@dol.gov )

Dated: December 18, 2006 /s/ Thomas C. Plunkett (1662)