TCP:SH 12/18/06 06-018

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

VS C. A. No. 06-427S

ESSEX EXCAVATING CORPORATION
AND CHERYL GRECO

**ANSWER OF DEFENDANT, CHERYL GRECO, TO PLAINTIFF'S COMPLAINT**

The defendant, Cheryl Greco, for answer to plaintiff's complaint hereby states the following:

Said defendant denies the allegations contained in paragraphs 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 and 17.

Said defendant neither admits nor denies the allegations contained in paragraph 3.

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
*e-mail:* tplunkett@kprlaw.com

CERTIFICATION

I hereby certify that I have electronically filed the above document, and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:**

Maureen L. Canavan, Atty. (canavan.maureen@dol.gov )

Dated: December 18, 2006 /s/ Thomas C. Plunkett