UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ELAINE L. CHAO,
Secretary of Labor,
United States Department of Labor,
Plaintiff,

v.

CHERYL GRECO and ESSEX EXCAVATING CORPORATION,
Defendants

CIVIL ACTION NO. 06-427S

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFF'S CERTIFICATION

Pursuant to Local Rule 16.1, counsel for the plaintiff, Maureen L. Canavan, and authorized representative of the plaintiff, James M. Benages, Regional Director, Employee Benefits Security Administration, United States Department of Labor, do hereby affirm that they have conferred and discussed the costs of conducting the full course of litigation, the costs of various alternatives to litigation and the use of alternative dispute resolution programs to resolve this litigation.

Employee Benefits Security Administration
JFK Building, Room 575
Boston, MA 02203

James M. Benages
Regional Director

Office of the Solicitor
U.S. Department of Labor
JFK Building, Room E-375
Boston, MA 02203

Frank V. McDermott, Jr.
Regional Solicitor

Maureen L. Canavan
Attorney