06-018

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

VS C. A. No. 06-427S

ESSEX EXCAVATING CORPORATION
AND CHERYL GRECO

**JOINT MOTION FOR EXTENSION OF TIME**

The parties in the above matter jointly move to extend the time deadlines set forth in the pre-trial order by 30 days so that fact discovery shall close on October 1, 2007; dispositive motions shall be filed by October 1, 2007; and pretrial memoranda shall be due 30 days after the decision on any dispositive motions or if no dispositive motions are filed, by November 1, 2007. The additional time is requested in order to complete discovery and to give the parties additional time to attempt to resolve the case.

/s/ Thomas C. Plunkett

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
91 Friendship Street
Providence, RI 02903
(401) 831-2900
(401) 331-7123 FAX
*e-mail:* tplunkett@kprlaw.com

/s/ Maureen L. Canavan

Maureen L. Canavan
U.S.Dept of Labor
Office of the Solicitor
JFK Federal Bldg
Room E375
Boston, MA 02203

CERTIFICATION

I hereby certify that I have electronically filed the above document, and it is available for viewing and downloading from the ECF system

**Notice will be electronically mailed to:** Maureen L.Canavan, Atty (canavan.maureen@dol.gov)

Dated: July 26, 2007 s/ Thomas C. Plunkett (1662)

______________________________ ______________________________